MARY E. HOWE, Respondent, *v.* EDWARD D. W. LANGLEY, Appellant.

(Argued June 20, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Febru-

ary 9, 1901, affirming a judgment in 'favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edward W. Davidson* for appellant.

*M. E. Harby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.